JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY RENEE BELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:25-cv-04498-AB-MAR<br><br>**[PROPOSED]** JUDGMENT |

Pursuant to the Court's Order Granting Defendant United States of America's Motion to Dismiss Plaintiff Ashley Renee Bell's Complaint with Prejudice, it is **ORDERED, ADJUDGED, and DECREED** as follows:

　　1. Plaintiff shall recover nothing from Defendant United States of America;

　　2. This action is dismissed with prejudice; and

　　3. All dates in this action are vacated.

　　**IT IS SO ORDERED.**

Dated: October 15, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1